ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct Line: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
         dwrenn@grsm.com

*Attorneys for Defendants,*
*Arroweye Solutions, Inc., Gina Ciampaglio,*
*And Mica Moseley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CAMPAGNA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARROWEYE SOLUTIONS, INC., a Delaware corporation; GINA CIAMPAGLIO, an individual; MICA MOSELEY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00581-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT**<br>**(First Request)** |

Pursuant to Local Rule 7-1, Defendants ARROWEYE SOLUTIONS, INC. ("Arroweye"), GINA CIAMPAGLIO, and MICA MOSELEY (collectively, "Defendants") by and through their attorneys, Robert S. Larsen, Esq. and Dione C. Wrenn, Esq. of Gordon Rees Scully Mansukhani, LLP, and Plaintiff JENNIFER CAMPAGNA ("Plaintiff"), by and through her attorney, Jill Garcia, Esq. of H1 Law Group, hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint on April 8, 2021.

2. Ms. Ciampaglio was served with the Summons and Complaint on April 10, 2021; Arroweye was served on April 12, 2021; and Mr. Moseley was served on April 14, 2021.

**Gordon Rees Scully Mansukhani, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

3. The current deadline for Arroweye and Ms. Ciampaglio to file their responses to the Complaint is May 3, 2021, and the deadline for Mr. Moseley is May 6, 2021.

4. Defendants retained GRSM as counsel to represent their interests in this matter.

5. Defendants request additional time to file their response(s) to the Complaint up to and including May 7, 2021.

6. Plaintiff does not oppose Defendants' requested extensions.

7. Accordingly, Defendants will file their response(s) to Plaintiff's Complaint on May 7, 2021.

8. This stipulation is not made for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 3rd day of May 2021.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*
_____
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendants,*
*Arroweye Solutions, Inc.,*
*Gina Ciampaglio, and*
*Mica Moseley*

DATED this 3rd day of May 2021.

**H1 LAW GROUP**

*/s/ Jill Garcia*
_____
JILL GARCIA, ESQ.
Nevada Bar No. 7805
701 N. Green Valley Parkway, Suite 200
Henderson, Nevada 89074
*Attorney for Plaintiff,*
*Jennifer Campagna*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
                                5-4-2021
**DATED:** _____