**H1 LAW GROUP**
Jill Garcia, NV Bar No. 7805
jill@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax     702-703-1063

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CAMPAGNA, an individual,<br><br>             Plaintiff,<br><br>    vs.<br><br>ARROWEYE SOLUTIONS, INC., a Delaware corporation; GINA CIAMPAGLIO, an individual; MICA MOSELEY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>             Defendants. | Case No.  2:21-cv-00581-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FILE RESPONSE IN OPPOSITION TO:**<br>**(1) DEFENDANT GINA CIAMPAGLIO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT; and**<br>**(2) DEFENDANT MICA MOSELEY'S MOTION TO DISMISS COMPLAINT; and**<br>**(3) DEFENDANT ARROWEYE SOLUTIONS, INC.'S MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Jennifer Campagna ("Plaintiff"), by and through her attorney Jill Garcia of H1 Law Group, and Defendants Arroweye Solutions, Inc., Gina Ciampaglio and Mica Moseley ("Defendants"), by and through their attorneys, Robert S. Larsen and Dione C. Wrenn of Gordon Rees Scully Mansukhani, LLP, hereby stipulate and agree as follows:

1. Defendants each filed a separate Motion to Dismiss Complaint on May 7, 2021 ("Motions") (ECF Nos. 9, 10 and 12).

2. The current deadline for Plaintiff to file her responses to said Motions is May 21, 2021.

3. Plaintiff requests additional time to file her responses to said Motions up to and including May 28, 2021.

1

4. Defendants do not oppose the requested extensions.

5. Plaintiff will file her responses to said Motions on May 28, 2021.

6. This is the first request for said extension and is not made for the purposes of delay.

DATED this 20th day of May 2021.                    DATED this 20th day of May 2021.

H1 LAW GROUP                                         GORDON REED SCULLY MANSUKHANI

 /s/ Jill Garcia                                     /s/ Dione C. Wren
Jill Garcia, NV Bar No. 7805                         Robert S. Larsen, NV Bar No. 7785
jill@h1lawgroup.com                                  Dione C. Wrenn, NV Bar No. 13285
701 N. Green Valley Parkway, Suite 200               300 South 4th Street, Suite 1550
Henderson, NV 89074                                  Las Vegas, NV 89101
                                                     *Attorneys for Defendants Arroweye
*Attorneys for Plaintiff*                            Solutions, Inc., Gina Ciampaglio and Mica
                                                     Moseley*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: May 24, 2021

2