ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Direct Line: (702) 577-9304
Facsimile:  (702) 255-2858
E-Mail:  rlarsen@grsm.com
            dwrenn@grsm.com

*Attorneys for Defendants,*
*Arroweye Solutions, Inc., Gina Ciampaglio,*
*And Mica Moseley*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER CAMPAGNA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARROWEYE SOLUTIONS, INC., a Delaware corporation; GINA CIAMPAGLIO, an individual; MICA MOSELEY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-00581-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES IN SUPPORT OF:**<br>**(1) DEFENDANT GINA CIAMPAGLIO'S MOTION TO DISMISS [ECF No. 9] ;**<br>**(2) DEFENDANT MICA MOSELEY'S MOTION TO DISMISS [ECF No. 10]; and**<br>**(3) DEFENDANT ARROWEYE SOLUTIONS, INC.'S MOTION TO DISMISS [ECF No. 12]**<br><br>**(First Request)** |

Plaintiff Jennifer Campagna ("Plaintiff"), by and through her attorney Jill Garcia of H1 Law Group, and Defendants Arroweye Solutions, Inc., Gina Ciampaglio and Mica Moseley ("Defendants"), by and through their attorneys, Robert S. Larsen and Dione C. Wrenn of Gordon Rees Scully Mansukhani, LLP, hereby stipulate and agree as follows:

1. Defendants each filed a separate Motion to Dismiss Complaint on May 7, 2021 ("Motions") (ECF Nos. 9, 10 and 12).

2. Plaintiffs filed separate Responses in Opposition to each of the respective Defendants' Motions on May 28, 2021 ("Oppositions") (ECF Nos. 17, 18 and 19).

3. The current deadline for Defendants to file their Replies in Support of said Motions (hereafter, "Replies") is June 3, 2021.

4. Defendants request additional time to file their Replies to said Motions up to and including June 11, 2021.

5. This is Defendants' first request for extension of the reply deadlines, and it is not intended to cause any delay or prejudice to any party.

6. Plaintiff does not oppose Defendants' requested extensions.

7. Accordingly, Defendants will file their Replies in support of said Motions on **June 11, 2021**.

8. This is the first request for said extension and is not made for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 4th day of June, 2021.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Defendants,
Arroweye Solutions, Inc.,
Gina Ciampaglio, and
Mica Moseley***

DATED this 4th day of June, 2021.

**H1 LAW GROUP**

*/s/ Jill Garcia*
JILL GARCIA, ESQ.
Nevada Bar No. 7805
701 N. Green Valley Parkway, Suite 200
Henderson, Nevada 89074
***Attorney for Plaintiff,
Jennifer Campagna***

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: June 9, 2021

-2-