**H1 LAW GROUP**
Jill Garcia, NV Bar No. 7805
jill@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone  702-608-3720
Fax      702-703-1063

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CAMPAGNA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARROWEYE SOLUTIONS, INC., a Delaware corporation; GINA CIAMPAGLIO, an individual; MICA MOSELEY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No.  2:21-cv-00581-JCM-VCF<br><br>**STIPULATION AND ORDER REQUESTING SETTING OF EARLY NEUTRAL EVALUATION** |

Plaintiff Jennifer Campagna ("Plaintiff"), by and through her attorney H1 Law Group, and Defendants Arroweye Solutions, Inc., Gina Ciampaglio and Mica Moseley ("Defendants"), by and through their attorneys Gordon Rees Scully Mansukhani, hereby stipulate and agree as follows:

1. Plaintiff's Complaint and Demand for Jury Trial ("Complaint") was filed on April 8, 2021 (Doc. 1).

2. Plaintiff alleges in her Complaint that her claims arise under the protections of the Family Medical Leave Act ("FMLA").

3. On May 7, 2021, Defendants filed Motions to Dismiss Plaintiff's Complaint. ECF Nos. 9, 10, and 12.  The matters raised in the pending motions to dismiss are fully briefed by the parties. *See generally*, ECF Nos. 17 – 19, 28 – 30.

/ / /

/ / /

1

4. In light of Plaintiff's allegations of purported FMLA violations, that this matter be set for an Early Neutral Evaluation ("ENE").

5. Defendants do not waive any affirmative defenses or the arguments raised in their respective motions to dismiss by stipulating to the Court setting this matter for an ENE.

Dated this 27th day of July 2021.

H1 LAW GROUP

*/s/ Jill Garcia*
Jill Garcia, NV Bar No. 7805
701 N. Green Valley Pkwy.
Suite 200
Henderson, NV 89074
*Attorney for Plaintiff*

Dated this 27th day of July 2021.

GORDON REES SCULLY MANSUKHANI

*/s/ Dione C. Wrenn*
Robert S. Larsen, NV Bar No. 7785
Dione C. Wrenn, NV Bar No. 13285
300 S. Fourth Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
DATED: July 28, 2021

2