LINH HUA, ESQ.
(*Admitted Pro Hac Vice*)
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: lhua@grsm.com
        dwrenn@grsm.com

*Attorneys for Defendants,*
*Arroweye Solutions, Inc. and Mica Moseley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CAMPAGNA, an individual, | Case No.: 2:21-cv-00581-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO AMENDED COMPLAINT** |
| ARROWEYE SOLUTIONS, INC., a Delaware corporation; MICA MOSELEY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive, | **(First Request)** |
| Defendants. | |

Pursuant to Local Rule 7-1, Defendants ARROWEYE SOLUTIONS, INC. ("Arroweye") and MICA MOSELEY ("Moseley") (collectively, "Defendants") by and through their attorneys, Linh Hua, Esq. and Dione C. Wrenn, Esq. of Gordon Rees Scully Mansukhani, LLP, and Plaintiff JENNIFER CAMPAGNA ("Plaintiff"), by and through her attorney, Jill Garcia of Hone Law, hereby stipulate and agree as follows:

1. On April 8, 2021, Plaintiff filed her Complaint against Arroweye, Gina Ciampaglio ("Ciampaglio") and Mr. Moseley [ECF No. 1].

2. Ms. Ciampaglio was served with the Summons and Complaint on April 10, 2021; Arroweye was served on April 12, 2021; and Mr. Moseley was served on April 14, 2021.

3. On May 7, 2021, Arroweye, Ciampaglio and Moseley filed their respective Motions

-1-

1  to Dismiss [ECF Nos. 9, 10, 12].

2      4. On March 29, 2022, the Court dismissed certain claims and Ms. Ciampaglio from the

3  lawsuit and allowed Plaintiff to file an amended complaint. [ECF No. 51].

4      5. On April 19, 2022, Plaintiff filed her Amended Complaint [ECF No. 52].

5      6. The current deadline for Defendants to file their responses to the First Amended

6  Complaint is May 3, 2022.

7      7. Defendants request additional time to file their responses to the First Amended

8  Complaint up to and including **May 10, 2022**.

9      8. Plaintiff does not oppose Defendants' requested extension.

10     9. Accordingly, Defendants will file their response(s) to Plaintiff's First Amended

11 Complaint on **May 10, 2022**.

12     10. This stipulation is not made for purposes of delay.

13 **IT IS SO STIPULATED.**

14 DATED this 3rd day of May 2022.       DATED this 3rd day of May 2022.

15 **GORDON REES SCULLY**       **HONE LAW**
**MANSUKHANI, LLP**

17 */s/ Dione C. Wrenn*       */s/ Jill Garcia*

LINH HUA, ESQ.      JILL GARCIA
(*Admitted Pro Hac Vice*)      Nevada Bar No. 7805
DIONE C. WRENN, ESQ.      AMY L. HOWARD
Nevada Bar No. 13285      Nevada Bar No. 13946
300 South 4th Street, Suite 1550      KATHRYN C. NEWMAN
Las Vegas, Nevada 89101      Nevada Bar No. 13733
***Attorneys for Defendants,***      701 N. Green Valley Parkway, Suite 200
***Arroweye Solutions, Inc. and***      Henderson, Nevada 89074
***Mica Moseley***      ***Attorney for Plaintiff,***
     ***Jennifer Campagna***

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 5-3-2022 _____

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

-2-