**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CAMPAGNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARROWEYE SOLUTIONS, INC., a Delaware corporation; GINA CIAMPAGLIO, an individual; MICA MOSELEY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00581-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**<br><br>**(First Request)** |

Plaintiff Jennifer Campagna ("Plaintiff") and Defendants Arroweye Solutions, Inc. ("Arroweye") and Mica Moseley ("Moseley," collectively "Defendants"), by and through their respective counsel of record, hereby file this Stipulation and Order to Extend Deadline for Plaintiff to Respond to Defendants' Motion for Summary Judgment (First Request).

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have an extension up to and including February 21, 2023 to file her response to Defendants' Motion for Summary Judgment filed on January 17, 2023 [ECF No. 66] ("Motion"). The requested extension is sought in good faith and not for purposes of undue delay. This Stipulation is submitted and based upon the following:

/ / /

/ / /

1  1.  Jill Garcia, lead counsel for Plaintiff, is currently in preparation for trial in

2 another matter (Srouji et al. v. A&H Investments, LLC et al.; A-19-806846-B; Dept. 13) which

3 is set to begin February 7, 2023. The trial preparation and workload has had an impact on

4 managing litigation in a number of matters.

5  2.  This is the first request for an extension of time for Plaintiff to file a response to

6 Defendants' Motion for Summary Judgment.

7 Dated this 20th day of January 2023.   Dated this 20th day of January 2023.

8 HONE LAW         GORDON REES SCULLY MANSUKHANI, LLP

9

10 */s/Jill Garcia*         */s/ Dione C. Wrenn*
  Jill Garcia, NV Bar No. 7805     Linh Hua (admitted *pro hac vice*)
  jgarcia@hone.law       Dione C. Wrenn, NV Bar No. 13285

11 701 N. Green Valley Parkway, Suite 200  lhua@grsm.com
  Henderson NV 89074       dwrenn@grsm.com

12               300 South 4th Street, Ste 1550
  *Attorneys for Plaintiff*      Las Vegas, NV 89101

13 *Jennifer Campagna*

14               *Attorneys for Defendants Arroweye*
                *Solution, Inc. and Mica Moseley*

15

16               **IT IS SO ORDERED.**

17             Dated: ___January 23, 2023___

18

19             UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

