**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone  702-608-3720
Fax      702-608-7814

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CAMPAGNA, an individual,<br><br>        Plaintiff,<br><br>        v.<br><br>ARROWEYE SOLUTIONS, INC., a Delaware corporation; GINA CIAMPAGLIO, an individual; MICA MOSELEY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>        Defendants. | Case No. 2:21-cv-00581-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**<br><br>**(Second Request)** |

Plaintiff Jennifer Campagna ("Plaintiff") and Defendants Arroweye Solutions, Inc. ("Arroweye") and Mica Moseley ("Moseley," collectively "Defendants"), by and through their respective counsel of record, hereby file this Stipulation and Order to Extend Deadline for Plaintiff to Respond to Defendants' Motion for Summary Judgment (Second Request).

IT IS HEREBY STIPULATED AND AGREED that Plaintiff shall have an extension up to and including March 7, 2023 to file her response to Defendants' Motion for Summary Judgment filed on January 17, 2023 [ECF No. 66] ("Motion"). The requested extension is sought in good faith and not for purposes of undue delay. This Stipulation is submitted and based upon the following:

/ / /

/ / /

1

1.      Plaintiff and her family have had a series of covid related illnesses these last 2 months including her parents being hospitalized. This has made it very challenging for Plaintiff and Plaintiff counsel to coordinate time to discuss Plaintiff's response to Defendants' Motion.

2.      This is the second request for an extension of time for Plaintiff to file a response to Defendants' Motion for Summary Judgment.

Dated this 14th day of February 2023.

HONE LAW

*/s/Jill Garcia*
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074

*Attorneys for Plaintiff*
*Jennifer Campagna*

Dated this 14th day of February 2023.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/Dione C. Wrenn*
Linh Hua (admitted *pro hac vice*)
Dione C. Wrenn, NV Bar No. 13285
lhua@grsm.com
dwrenn@grsm.com
300 South 4th Street, Ste 1550
Las Vegas, NV 89101

*Attorneys for Defendants Arroweye Solution, Inc. and Mica Moseley*

**IT IS SO ORDERED.**

Dated: February 15, 2023

UNITED STATES DISTRICT JUDGE



2