LINH T. HUA, ESQ.
(*Admitted Pro Hac Vice*)
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: lhua@grsm.com
         dwrenn@grsm.com

*Attorneys for Arroweye Solutions, Inc.
and Mica Moseley*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CAMPAGNA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARROWEYE SOLUTIONS, INC., a Delaware corporation; MICA MOSELEY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00581-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS ARROWEYE SOLUTIONS, INC. AND MICA MOSELEY'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Defendants ARROWEYE SOLUTIONS, INC. ("Arroweye") and MICA MOSELEY ("Moseley") (collectively, "Defendants"), by and through their attorneys, Linh T. Hua, Esq. and Dione C. Wrenn, Esq. of Gordon Rees Scully Mansukhani LLP, and Plaintiff JENNIFER CAMPAGNA ("Plaintiff"), by and through her attorney, Jill Garcia, Esq. of Hone Law, hereby stipulate and agree as follows:

1. Defendants filed their Motion for Summary Judgment ("Motion") on January 17, 2023 [ECF No. 66].

1    2.On March 7, 2023, Plaintiff filed an opposition to Defendants' Motion [ECF No. 73]. By way of stipulation, the parties agreed to the deadline on которой Plaintiff filed her opposition. *See* ECF Nos. 67, 69, and 70.

3.On March 21, 2023, the Parties submitted a stipulation and proposed order to extend the deadline for Defendants to file their reply in support of their Motion for Summary Judgment from March 21, 2023 to April 4, 2023. *See* ECF No. 74.

4.The Court granted the proposed order. *See* ECF No. 75.

5.Defense counsel's schedule is severely compacted due to providing substantive assistance in an ongoing trial that is currently in its seventh week of testimony as well as providing coverage on other cases for the lead trial attorney.

6.Defendants request additional time, up to and including **Friday, April 14, 2023**, to file their reply in support of the Motion.

7.This is Defendants second and final request for an extension of the reply deadline, and it is not intended to cause any delay or prejudice to any party.

8.Plaintiff does not oppose Defendants' requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

9. Accordingly, Defendants will file their reply in support of the Motion on **Friday, April 14, 2023**.

**IT IS SO STIPULATED.**

DATED this 3rd day of April, 2023.          DATED this 3rd day of April, 2023.

**GORDON REES SCULLY MANSUKHANI**          **HONE LAW**

*/s/ Dione C. Wrenn*          */s/ Jill Garcia*

LINH HUA, ESQ.          JILL GARCIA, ESQ.
(*Admitted Pro Hac Vice*)          Nevada Bar No. 7805
DIONE C. WRENN, ESQ.          701 N. Green Valley Parkway, Suite 200
Nevada Bar No. 13285          Henderson, Nevada 89074
300 South 4th Street, Suite 1550          ***Attorney for Plaintiff,***
Las Vegas, Nevada 89101          ***Jennifer Campagna***
***Attorneys for Defendants,***
***Arroweye Solutions, Inc. and***
***Mica Moseley***

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** April 4, 2023