**HONE LAW**
Jill Garcia, NV Bar No. 7805
jgarcia@hone.law
Kelly B. Stout, NV Bar No. 12105
kstout@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-608-7814

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER CAMPAGNA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARROWEYE SOLUTIONS, INC., a Delaware corporation; MICA MOSELEY, an individual; DOES I through X, inclusive; and ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00581-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Jennifer Campagna and Defendants Arroweye Solutions, Inc. and Mica Moseley (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree to dismiss with prejudice all claims and defenses that were asserted in this action or that could have been asserted in this action under FRCP 18 (Joinder of Claims).

The Parties further agree that each party is to bear its own costs, expenses, and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1   There are no pending hearings and no trial setting for this action.

2   Dated this 15th day of December 2023.  Dated this 15th day of December 2023.

3   HONE LAW  GORDON REES SCULLY MANSUKHANI, LLP

4   */s/Jill Garcia*  */s/Dione C. Wrenn*
Jill Garcia, NV Bar No. 7805  Linh Hua (admitted *pro hac vice*)
5   jgarcia@hone.law  Dione C. Wrenn, NV Bar No. 13285
Kelly B. Stout, NV Bar No. 12105  lhua@grsm.com
6   kstout@hone.law  dwrenn@grsm.com
701 N. Green Valley Parkway, Suite 200  300 South 4th Street, Ste 1550
7   Henderson NV 89074  Las Vegas, NV 89101

8   *Attorneys for Plaintiff*  *Attorneys for Defendants Arroweye*
*Jennifer Campagna*  *Solution, Inc. and Mica Moseley*

IT IS SO ORDERED.

Dated: December 18, 2023

_____
UNITED STATES DISTRICT JUDGE

